# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2526
_____

J.L., Father of J.L. and J.L.,
Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

December 21, 2018


PER CURIAM.

    AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

J.L., Father of J.L. and J.L., pro se, Appellant.

Ward L. Metzger, Department of Children and Families, Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Tallahassee, for the Florida Statewide Guardian ad Litem Office